UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR04-192-JCC |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | SUMMARY REPORT OF U.S. |
| MAXIMO AGUILAR, III, ) | MAGISTRATE JUDGE AS TO |
| ) | ALLEGED VIOLATIONS |
| Defendant. ) | OF SUPERVISED RELEASE |
| ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on February 15, 2013. The United States was represented by AUSA Ehren Reynolds for Sarah Vogel and the defendant by Paula Deutsch for Erik Levin. The proceedings were digitally recorded.

Defendant had been sentenced on or about September 24, 2004 by the Honorable John C. Coughenour on a charge of Possession of Methamphetamine with Intent to Distribute, and sentenced to 70 months custody, 5 years supervised release.

The conditions of supervised release included the standard conditions plus the requirements that defendant participate in drug testing and treatment, abstain from alcohol, be

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

prohibited from possessing a firearm, submit to search, and provide his probation officer with financial information as requested. (Dkt. 39.)

On January 15, 2012, defendant was sentenced to three months in custody, 57 months supervised release for associating with a known felon, using methamphetamine, and failing to report for drug testing. (Dkt. 58.) He was also ordered to satisfactorily participate in a residential reentry program for up to 120 days.

On September 21, 2009, defendant's probation officer reported that he tested positive for methamphetamine. Defendant was reprimanded, placed in a structured and more frequent testing program, and referred for professional assessment. No further action was taken at the time. (Dkt. 46.) Following a report from defendant's probation officer that he had committed violations consisting of traveling outside the District without permission, failing to report a change in residence, failing to submit monthly reports, failing to report contact with law enforcement, and failing to report as directed, defendant was ordered on November 16, 2010 to satisfactorily participate in a residential reentry program for up to 180 days. (Dkt. 60.)

Following a report from defendant's probation officer that he had used methamphetamine, failed to report for drug testing, and failed to report to the probation office as instructed, defendant was ordered on July 20, 2011 to successfully participate in a residential reentry program for up to 120 days. (Dkt. 64.)

Defendant's supervised release was revoked on October 7, 2011 for using methamphetamine and failing to participate in and successfully complete the residential reentry center (RRC) program for up to 120 days. He was sentenced to three months in custody, three years supervised release, and required to reside in a RRC for up to 90 days. (Dkt. 76, 77.)

Defendant's supervised release was revoked on October 26, 2012 for using methamphetamine and failing to report to his probation officer. He was sentenced to three months in custody, three months supervised release, and required to participate in the RRC program for three months. (Dkt. 89.)

In an application dated February 4, 2013 (Dkt. 90, 91), U.S. Probation Officer Frances L. Davis alleged the following violation of the conditions of supervised release:

1. Failing to reside at a Residential Reentry Center for three months.

Defendant was advised in full as to the charge and as to his constitutional rights.

Defendant admitted the violation and waived any evidentiary hearing as to whether it occurred.

I therefore recommend the Court find defendant violated his supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Coughenour.

Pending a final determination by the Court, defendant has been detained.

DATED this 15th day of February, 2013.

Mary Alice Theiler
United States Magistrate Judge

cc: District Judge: Honorable John C. Coughenour
AUSA: Ehren Reynolds, Sarah Vogel
Defendant's attorney: Paula Deutsch, Erik Levin
Probation officer: Frances L. Davis